UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
WEALTH MANAGEMENT
ASSOCIATES LLC,

                Plaintiff,

-against-

CHRISTIAN FARRAD, and CF MGMT
LLC,
                Defendants.
-----------------------------------------------------------X

17 CIVIL 1924 (KPF)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 3, 2019, with the exception of the Report's proposed award for costs, the Court agrees completely with Judge Pitman's thoughtful and well-reasoned Report and hereby adopts its reasoning by reference; the Court awards Plaintiff (i) $322,916.67 in lost profits, plus prejudgment interest at the rate of nine percent from November 25, 2016, through the date the judgment is entered in the amount of $87,904.11; and (ii) $116,438.00 in attorneys' fees and $4,696.76 in costs; accordingly, this case is closed.

**Dated:** New York, New York
        December 4, 2019

RUBY J. KRAJICK
Clerk of Court

BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 12/4/2019